**THE GARCIA LAW FIRM**
5861 Pine Avenue, Suite B
Chino Hills, California 91709
Telephone (909) 217-3484
Facsimile (909) 217-3486
Gilbert A. Garcia State Bar No: 162244

Attorney for Defendant Coastline Capital Fund III, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>JOSEPH FRANK PAUL RAMOS | Case No.: 19-24865-E-13C<br><br>Chapter 13<br><br>**PROOF OF SERVICE**<br><br>Date: September 10, 2019<br>Time: 1:30 p.m.<br>Ctrm: 33<br>Place: 501 I Street<br>        Sacramento, CA<br>Judge: Ronald H. Sargis |

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California. I am over the age of eighteen and not a party to the within action; my business address is 5861 Pine Avenue, Suite B, Chino Hills, CA 91709.

    On August 7, 2019, I served the foregoing documents: (1) NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO LOCAL RULE 4001-1 AND 9014-1(f)(1); (2) MOTION FOR RELIEF FROM AUTOMATIC STAY; (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY; (4) DECLARATION OF ANDREAS MIRZA IN SUPPORT OF

MOTION FOR RELIEF FROM AUTOMATIC STAY; (5) EXHIBITS IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY; and (6) RELIEF FROM STAY INFORMATION SHEET; on the following parties in this action by first-class mail and by placing true and correct copies thereof enclosed in a sealed envelope addressed as follows:

**DEBTOR**
JOSEPH FRANK PAUL RAMOS
PO Box 560
Rancho Murieta, CA 95683

**CH 13 TRUSTEE**
David Cusick
PO Box 1858
Sacramento, CA 95812-1858

**U.S. TRUSTEE**
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

　　　I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Chino Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

　　　I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

　　　Executed on August 7, 2019 at Chino Hills, California.

*Leticia Garcia*
Leticia Garcia