# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Joseph Frank Paul Ramos,<br>　　　　Debtor. | ) Case No. 19-24865 - E - 13<br>) Docket Control No.<br>) Document No. 10<br>) Date: 09/10/2019<br>) Time: 1:30 PM<br>) DEPT: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by Coastline Capital Fund III, LLC ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are annulled effective as of the August 1, 2019, filing of this bankruptcy case, and are also terminated and vacated, to allow (and have allowed as of and after the above annulment date) Movant, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed that is recorded against the real property commonly known as 6332 Puerto Dr., Rancho Murieta, California ("Property")**.**

**IT IS FURTHER ORDERED** that the above relief is also granted pursuant to 11 U.S.C. § 362(d)(4), which further provides:

"If recorded in compliance with applicable State laws governing notices of interests or liens in real property, an order entered under paragraph (4) shall be binding in any other case under this title purporting to affect such real property filed not later than 2 years after the date of the entry of such order by the court, except that a debtor in a subsequent case under this title may move

```
[10] - Motion for Relief from Automatic Stay Filed by Creditor Coastline Capital Fund III, LLC
(Fee Paid $181) (eFilingID: 6558619) (kwis)
```

for relief from such order based upon changed circumstances or for good cause shown, after notice and a hearing. Any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of an order described in this subsection for indexing and recording."

**IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived for cause.
No other or additional relief is granted.

Dated: September 11, 2019

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court